**UNITED STATES of America, Appellant, v. Elvin Lorenzo KEPPNER, Appellee.**

No. 7246.

Circuit Court of Appeals, Ninth Circuit.

Aug. 5, 1933.

J. A. Carver, U. S. Atty., and Sam S. Griffin, Asst. U. S. Atty., both of Boise, Idaho.

Hawley & Worthwine, Jess Hawley, and Oscar Worthwine, all of Boise, Idaho, for appellee.

Before SAWTELLE, Circuit Judge, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of appellant, and stipulation of counsel for both parties, ordered appeal dismissed; mandate forthwith.